v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3419.

United States Court of Appeals, Federal Circuit.

June 9, 2005.

**K & K JUMP START/CHARGERS, INC. and Bonnet Enterprises, LLC, Plaintiffs–Appellees,**

v.

**SCHUMACHER ELECTRIC CORP., Defendant–Appellant.**

No. 05–1093.

United States Court of Appeals, Federal Circuit.

June 9, 2005.

Before CLEVENGER, BRYSON, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.